**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

E.I. DU PONT DE NEMOURS AND COMPANY,   )
                                       )
                Plaintiff,      )
                                       )
            v.                    )  C. A. No. 04-1539 (JJF)
                                       )
BED BATH & BEYOND INC. and          )
SHEN MANUFACTURING COMPANY     )
INCORPORATED                        )
d/b/a/ JOHN RITZENTHALER COMPANY.  )
                                       )
              Defendants.    )

**SIXTH STIPULATION AND ORDER
EXTENDING TIME FOR RESPONDING TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended from March 2, 2005 (per D.I. 11) to March 9, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Dickerson M. Downing
Maren C. Perry
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY  10281
(212) 415-8700

By: _____
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
 (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*


SMITH, GIACOMETTI & CHIKOWSKI, LLC

Of Counsel:

John F.A. Earley, III
Frank J. Bonini, Jr.
Charles L. Riddle
HARDING EARLEY FOLLMER
 & FRAILEY
86 The Commons at Valley Forge East
1288 Valley Forge Road
P.O. Box 750
Valley Forge, PA  19482
(610) 935-2300

_____
For  Allen C. Tucci
901 North Market Street, Suite 840
Wilmington, DE 19801
(302) 654-1315
atucci@sgclegal.com

*Attorneys for Defendants*
*Shen Manufacturing Company,*
*Incorporated and Bed Bath & Beyond*


IT IS SO ORDERED this _____ day of _____, 2005.


_____
United States District Court Judge


672170