IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 04-1539 (JJF) |
| ) | |
| BED BATH & BEYOND INC. and ) | |
| SHEN MANUFACTURING COMPANY ) | |
| INCORPORATED ) | |
| d/b/a/ JOHN RITZENTHALER COMPANY. ) | |
| ) | |
| Defendants. ) | |

**NINTH STIPULATION AND ORDER**
**EXTENDING TIME FOR RESPONDING TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended for an additional two weeks, from April 6, 2005 to April 20, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

POTTER ANDERSON & CORROON LLP

By: _____
　　Richard L. Horwitz (#2246)
　　David E. Moore (#3983)

OF COUNSEL:

Dickerson M. Downing
Maren C. Perry
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, NY 10281
(212) 415-8700

Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

*Attorneys for Plaintiff,*
*E.I. du Pont de Nemours and Company*

| | |
|---|---|
| OF COUNSEL: | SMITH, GIACOMETTI & CHIKOWSKI, LLC |
| John F.A. Earley, III<br>Frank J. Bonini, Jr.<br>Charles L. Riddle<br>HARDING EARLEY FOLLMER &<br>  FRAILEY<br>86 The Commons at Valley Forge East<br>1288 Valley Forge Road<br>P.O. Box 750<br>Valley Forge, PA  19482<br>(610) 935-2300 | By: /s/ Allen C. Tucci  5953<br>  For Allen C. Tucci (#4315)<br>901 North Market Street, Suite 840<br>Wilmington, DE  19801<br>(302) 654-1315<br><br>*Attorneys for Defendants*<br>*Shen Manufacturing Company,*<br>*Incorporated and Bed Bath & Beyond* |

IT IS SO ORDERED this _____ day of _____, 2005.


_____
United States District Judge


676933 / 20120-324

2