IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BED BATH & BEYOND INC. and ) <br> SHEN MANUFACTURING COMPANY ) <br> INCORPORATED ) <br> d/b/a/ JOHN RITZENTHALER COMPANY, ) <br> ) <br> Defendants. ) | C. A. No. 04-1539 (JJF) |

**TENTH STIPULATION AND ORDER**
**EXTENDING TIME FOR RESPONDING TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended for an additional two-weeks, from April 20, 2005 to May 4, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

                      Respectfully submitted,

OF COUNSEL:                POTTER ANDERSON & CORROON LLP

Dickerson M. Downing
Maren C. Perry               By: _____
MORGAN & FINNEGAN, L.L.P.        Richard L. Horwitz (#2246)
3 World Financial Center             David E. Moore (#3983)
New York, NY 10281               Hercules Plaza, 6th Floor
(212) 415-8700                      1313 N. Market Street
                                      P.O. Box 951
                                      Wilmington, DE 19899-0951
                                      (302) 984-6000

                                      *Attorneys for Plaintiff*
                                      *E.I. du Pont de Nemours and Company*


OF COUNSEL:                SMITH, GIACOMETTI & CHIKOWSKI, LLC

John F.A. Earley, III
Frank J. Bonini, Jr.
Charles L. Riddle               By: _____
HARDING EARLEY FOLLMER         Allen C. Tucci (#4315)
  & FRAILEY                     901 North Market Street, Suite 840
86 The Commons at Valley Forge East  Wilmington, DE 19801
1288 Valley Forge Road           (302) 654-1315
P.O. Box 750
Valley Forge, PA 19482          *Attorneys for Defendants*
(610) 935-2300                      *Shen Manufacturing Company,*
                                      *Incorporated and Bed Bath & Beyond*


       IT IS SO ORDERED this _____ day of _____, 2005.


                                _____
                                United States District Court Judge

678884 / 20120-324