IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C. A. No. 04-1539 (JJF) |
| BED BATH & BEYOND INC. and SHEN MANUFACTURING COMPANY INCORPORATED d/b/a/ JOHN RITZENTHALER COMPANY | ) ) ) ) ) |
| Defendants. | ) |

**ELEVENTH STIPULATION AND ORDER
EXTENDING TIME FOR RESPONDING TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended for an additional two weeks, from May 4, 2005 to May 18, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

                                        Respectfully submitted,

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Dickerson M. Downing<br>Maren C. Perry<br>MORGAN & FINNEGAN, L.L.P.<br>3 World Financial Center<br>New York, NY 10281<br>(212) 415-8700 | By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>*Attorneys for Plaintiff*<br>*E. I. du Pont de Nemours and Company* |

| OF COUNSEL: | SMITH, GIACOMETTI & CHIKOWSKI, LLC |
|---|---|
| John F.A. Earley, III<br>Frank J. Bonini, Jr.<br>Charles L. Riddle<br>HARDING EARLEY FOLLMER<br>  & FRAILEY<br>86 The Commons at Valley Forge East<br>1288 Valley Forge Road<br>P.O. Box 750<br>Valley Forge, PA 19482<br>(610) 935-2300 | By: _____ (3983)<br>Allen C. Tucci (#4315)<br>901 North Market Street, Suite 840<br>Wilmington, DE 19801<br>(302) 654-1315<br><br>*Attorneys for Defendants*<br>*Shen Manufacturing Company,*<br>*Incorporated and Bed Bath & Beyond* |

      IT IS SO ORDERED this _____ day of _____, 2005.

                                          _____
                                          United States District Court Judge

680733