IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND INC. and<br>SHEN MANUFACTURING COMPANY<br>INCORPORATED<br>d/b/a/ JOHN RITZENTHALER COMPANY.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 04-1539 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## TWELTH STIPULATION AND ORDER
## EXTENDING TIME FOR RESPONDING TO COMPLAINT

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended for an additional week, from May 18, 2005 to May 25, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Dickerson M. Downing | By: _____ |
| Maren C. Perry | Richard L. Horwitz (#2246) |
| MORGAN & FINNEGAN, L.L.P. | David E. Moore (#3983) |
| 3 World Financial Center | Hercules Plaza, 6th Floor |
| New York, NY 10281 | 1313 N. Market Street |
| (212) 415-8700 | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| | |
| | *Attorneys for Plaintiff* |
| | *E.I. du Pont de Nemours and Company* |

| | |
|---|---|
| OF COUNSEL: | SMITH, GIACOMETTI & CHIKOWSKI, LLC |
| John F.A. Earley, III | By: _____ (7983) |
| Frank J. Bonini, Jr. | Allen C. Tucci (#4315) |
| Charles L. Riddle | 901 North Market Street, Suite 840 |
| HARDING EARLEY FOLLMER | Wilmington, DE 19801 |
| & FRAILEY | (302) 654-1315 |
| 86 The Commons at Valley Forge East | |
| 1288 Valley Forge Road | *Attorneys for Defendants* |
| P.O. Box 750 | *Shen Manufacturing Company,* |
| Valley Forge, PA 19482 | *Incorporated and Bed Bath & Beyond* |
| (610) 935-2300 | |

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

682861 / 20120-324

2