IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND INC. and<br>SHEN MANUFACTURING COMPANY<br>INCORPORATED<br>d/b/a/ JOHN RITZENTHALER COMPANY.<br><br>Defendants. | C. A. No. 04-1539 (JJF) |

**THIRTEENTH STIPULATION AND ORDER**
**EXTENDING TIME FOR RESPONDING TO COMPLAINT**

IT IS HEREBY STIPULATED, by and between plaintiff, E.I. DuPont de Nemours and Company ("DuPont"), and defendants, Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Shen") and Bed Bath & Beyond ("Bed Bath"), and subject to the approval of the Court, that the date by which defendants Shen and Bed Bath must file and serve an Answer or otherwise respond to plaintiff DuPont's Complaint shall be extended for an additional two weeks, from May 25, 2005 to June 8, 2005.

The parties are engaged in good faith settlement efforts to resolve the claims prior to incurring the expense and time of further litigation.

Respectfully submitted,

OF COUNSEL: POTTER ANDERSON & CORROON LLP

Dickerson M. Downing  
Maren C. Perry  
MORGAN & FINNEGAN, L.L.P.  
3 World Financial Center  
New York, NY  10281  
(212) 415-8700

By: /s/ Richard L. Horwitz  
Richard L. Horwitz (#2246)  
David E. Moore (#3983)  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE  19899-0951  
(302) 984-6000

*Attorneys for Plaintiff*  
*E.I. du Pont de Nemours and Company*

SMITH, GIACOMETTI & CHIKOWSKI, LLC

Of Counsel:

John F.A. Earley, III  
Frank J. Bonini, Jr.  
Charles L. Riddle  
HARDING EARLEY FOLLMER  
 & FRAILEY  
86 The Commons at Valley Forge East  
1288 Valley Forge Road  
P.O. Box 750  
Valley Forge, PA  19482  
(610) 935-2300

/s/ Allen C. Tucci  
Allen C. Tucci (#4315)  
901 North Market Street, Suite 840  
Wilmington, DE 19801  
(302) 654-1315

*Attorneys for Defendants*  
*Shen Manufacturing Company,*  
*Incorporated and Bed Bath & Beyond*

IT IS SO ORDERED this _____ day of _____, 2005.

_____  
United States District Court Judge

683799

2