UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
---------------------------------------------------------------- x
E. I. DU PONT DE NEMOURS AND COMPANY,       :
                                  Plaintiff,
                                                    :

   -against-
                                                    :     CIVIL ACTION NO.:
BED BATH & BEYOND INC. and SHEN                04-1539 (JJF)
MANUFACTURING COMPANY INCORPORATED  :
d/b/a/ JOHN RITZENTHALER COMPANY.
                                                    :

                                      Defendants  :
---------------------------------------------------------------- x

## STIPULATED ORDER OF DISMISSAL

Plaintiff E. I. du Pont Nemours and Company ("DuPont") commenced this action by the filing of a Complaint against defendants Bed Bath & Beyond Inc. ("Bed Bath & Beyond") and Shen Manufacturing Company Incorporated d/b/a John Ritzenthaler Company ("Ritzenthaler") on December 22, 2004 alleging that defendants have engaged in acts of trademark infringement, unfair competition and other related causes of action under federal, state and common law arising from the use by defendants of the DUPONT, NOMEX and KEVLAR trademarks on product packaging for a glove product sold by defendants as shown in Exhibit 1.

Now, pursuant to a settlement agreement entered into by the parties hereto, and to the stipulation of plaintiff DuPont and defendants Bed Bath & Beyond and Ritzenthaler, and subject to the approval of this Court, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.    Defendants shall immediately and permanently cease and be enjoined from the manufacture, distribution, display and use of the packaging depicted in Exhibit 1 ("Product Packaging").

2.    Notwithstanding the above, defendant Bed Bath & Beyond may continue to sell, offer for sale and display those glove products in its current product inventory that were originally packaged in the Product Packaging until said current inventory is exhausted.

3.    Defendants consent to the entry of this order with no admission by Defendants of any liability or any violation of law.

4.    This Court has jurisdiction of over the parties and the subject matter of this action.

5.    All parties shall bear their own costs and expenses.

Dated:

OF COUNSEL:

Dickerson M. Downing
Maren C. Perry
MORGAN & FINNEGAN, LLP
3 World Financial Center
New York, NY 10281
(212) 415-8700

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000

Attorneys for Plaintiff
E. I. du Pont de Nemours and Company

| | |
|---|---|
| OF COUNSEL: | SMITH GIACOMETTI & CHIKOWSIK, LLC<br><br>By: _____<br>Alan C. Tucci (#4315)<br>901 North Market Street, Suite 840<br>Wilmington, DE 19801 |
| John F.A. Earley III<br>Frank J. Bonini, Jr.<br>Charles L. Riddle<br>HARDING, EARLEY, FOLLMER & FRAILEY<br>86 The Commons at Valley Forge East<br>1288 Valley Forge Road<br>P.O. Box 750<br>Valley Forge, PA 19482-0750<br>(610) 935-2300 | |
| | Attorneys for Defendants<br>Shen Manufacturing Company Incorporated and<br>Bed Bath & Beyond, Inc. |

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
United States District Judge