EXHIBIT 1





The Special Properties Of Super Glove Extend The Protection Time For Holding Hot Items. Super Glove Is NOT Permanent Protection.